CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 7 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WADE B. LAUGHLIN, | ) | |
|     Plaintiffs, | ) | Civil Action No. 7:07cv00491 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MAYOR OF DUFFIELD, VA, <u>et al.</u>, | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

ORDERED

that plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). The action shall be **STRICKEN** from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 7th day of November, 2007.

/s/ Glen Conrad
United States District Judge